**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alex Guy Gillis Thrasher,<br><br>    Plaintiff,<br><br>v.<br><br>Unknown VanNorstran, *et al.*,<br><br>    Defendants. | No. CIV 24-050-TUC-CKJ<br><br>**ORDER** |

Pending before the Court is the Request for 30 Day Extension for Service of Second Amended Complaint and Summons to Court (Doc. 50) filed by Plaintiff Alex Guy Gillis Thrasher ("Thrasher"). This action was initiated by Thrasher filing a Complaint on January 29, 2024. After the Court granted Thrasher leave to amend his complaint, a Second Amended Complaint ("SAC") was filed on April 9, 2025.

Thrasher requests additional time to serve recently added Defendants. Thrasher discusses his need to subpoena records to ascertain the proper parties. Indeed, in its June 20, 2025, Order granting Thrasher's request to file a SAC, Thrasher was granted leave to add Unknown, a supervisor of medical staff for ultrasound and D.V.T.; Naphcare, Inmate Health Services; and Unknown, the supervisor(s) in charge of acquiring vaccines, as defendants. The SAC also added additional claims.

The applicable rule provides, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed.R.Civ.P. 4(m).

The Court finds Thrasher has shown good cause to extend the time to complete service. Further, in light of the likely need for the issuance of subpoenas to ascertain the identity/location of appropriate parties, the Court will extend the time to complete service for 90 days.

Additionally, the Court finds it appropriate to advise Thrasher of the District of Arizona General Order addressing subpoenas:

> IT IS ORDERED that any self-represented litigant who wishes to serve a subpoena must file a motion with the Court for issuance of the subpoena. The motion must (1) be in writing, (2) attach a copy of the proposed subpoena, (3) set forth the name and address of the witness to be subpoenaed and the custodian and general nature of any documents requested, and (4) state with particularity the reasons for seeking the testimony and documents. The assigned judge shall determine whether the requested subpoena shall issue. Issuance of the subpoena shall not preclude any witness or person subpoenaed, or other interested party, from contesting the subpoena.

General Order 18-19.

Accordingly, IT IS ORDERED the Request for 30 Day Extension for Service of Second Amended Complaint and Summons to Court (Doc. 50) is GRANTED. The time for serving the Summons and Second Amended Complaint upon non-served defendants is extended until October 31, 2025.

DATED this 16th day of July, 2025.

_____
Cindy K. Jorgenson
United States District Judge